**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6479**

_____

KENNETH MASON,

Plaintiff - Appellant,

v.

WEXFORD HEALTH SOURCES; ADRIAN HOKE, Warden,

Defendants - Appellees,

and

TRISTEN TENNEY, Med. Adm.; NURSES JANE DOE 1 THROUGH 8,

Defendants.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.   John Preston Bailey, Chief District Judge.   (2:10-cv-00055-JPB-DJJ)

_____

Submitted:  September 20, 2012      Decided:  November 6, 2012

_____

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Mason, Appellant Pro Se.   Philip Cameron Petty, ROSE PADDEN & PETTY, LC, Fairmont, West Virginia; Thomas E. Buck, BAILEY & WYANT, PLLC, Wheeling, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Mason appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mason v. Wexford Health Sources</u>, No. 2:10-cv-00055-JPB-DJJ (N.D. W. Va. Jan. 11, 2011; Jan. 20, 2012; Jan. 26, 2012). We deny appellee Hoke's motion to dismiss and deny Mason's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED